IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | CASE NO.: | 19-10557-JCO-13 |
| Raymond J. Surgeon | DATE: | 05/28/2019 |
| Cindy B. Surgeon | | |
| DEBTORS | DATE CONFIRMED: | |
| ATTORNEY: Frances Hoit Hollinger | DATE CLOSED: | 05/22/2019 |

## FINAL REPORT AND ACCOUNTING

I, Daniel B. O'Brien, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was CONVERTED TO 7 PRIOR TO CONFIRMATION.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $0.00

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| Alliance Collection Service, Inc. | UNSECURED | $710.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Axcess Financial | UNSECURED | $2,287.37 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One Auto Finance c/o AIS P | SECURED - PREF | $24,438.53 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One Bank USA N.A. | UNSECURED | $689.07 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One Bank USA N.A. | UNSECURED | $687.99 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One, N.A. | UNSECURED | $598.90 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Holloway Credit Solutions, LLC | UNSECURED | $470.79 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Holloway Credit Solutions, LLC | UNSECURED | $39.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Serv/Dept Treasury | SECURED - PRO R | $77,363.65 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Serv/Dept Treasury | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Serv/Dept Treasury | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Serv/Dept Treasury | PRIORITY | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | PRIORITY | $32,214.95 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LVNV Funding LLC | UNSECURED | $2,283.50 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Merchants Adjustment Service | UNSECURED | $1,750.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Merrick Bank | UNSECURED | $1,019.11 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nationstar Mortgage LLC dba Mr. C | MORTGAGE ARRE | $5,906.28 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nationstar Mortgage LLC dba Mr. C | MORTGAGE PAYM | $140,696.69 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Republic Finance, LLC | SECURED - PRO R | $5,855.52 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Speedy/Rapid Cash | UNSECURED | $587.50 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| State of Ala/Dept of Revenue | UNSECURED | $6,626.45 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| State of Ala/Dept of Revenue | SECURED - PRO R | $9,882.22 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Unsecured Creditors | UNSECURED | $0.00 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| PRIORITY | $0.00 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $0.00 |
| INTEREST | $0.00 |
| UNSECURED | $0.00 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $0.00 |
| TRUSTEE FEE: | $0.00 |
| REFUNDED TO DEBTOR: | $0.00 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $0.00 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Daniel B. O'Brien

Daniel B. O'Brien, Trustee