IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:

Raymond J. Surgeon         CASE NO.: 19-10557
Cindy B. Surgeon,
    Debtors.

## CUMULATIVE STATEMENT

COME NOW, the Debtors, Raymond J. Surgeon and Cindy B. Surgeon, by and through their attorney of record, Frances Hoit Hollinger, and file this cumulative statement to amend their previously filed schedule C and Summary of Schedules as follows:

1. Schedule C - To correct the equity on 2018 Toyota Rav4.

2. Schedule C - To correct the equity on Debtors' homestead.

Respectfully submitted, this 24th day of June, 2019.

        /s/ Frances Hoit Hollinger
        FRANCES HOIT HOLLINGER (HOLLF4824)
        Attorney for Debtors

FRANCES HOIT HOLLINGER, LLC
Post Office Box 2028
Mobile, Alabama 36652-2028
(251) 432-8878
(251) 410-6159 (f)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the:

## CUMULATIVE STATEMENT

was served on the following parties as set forth herein

The following parties were served by electronic mail through the Court's CM/ECF system on the 24th day of June, 2019.

    * United States, Trustee cperry@ch13mob.com, cdownload@ch13mob.com

The following parties were served by US Mail or Certified Mail, postage prepaid and properly addressed to the following on the 24th day of June, 2019.

Mr and Mrs. Ray Surgeon
9675 Oak Forrest Drive
Mobile, AL 36695        /s/ Frances Hoit Hollinger
        Frances Hoit Hollinger